UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PATRICK ANTHONY LINER-RIBBING,

    Plaintiff,

v.                                                                Case No. 3:19cv547-MCR-HTC

STATE OF FLORIDA, et al.,

    Defendants.

_____/

REPORT AND RECOMMENDATION

Plaintiff initiated this action by filing a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 (ECF Doc. 1) and a motion to proceed *in forma pauperis* (ECF Doc. 2). On April 10, 2019, the Court entered an order noting Plaintiff's motion to proceed *in forma pauperis* was deficient. ECF Doc. 4. The Court directed the clerk to send Plaintiff a complete set of forms needed to file a motion to proceed *in forma pauperis* and allowed Plaintiff thirty (30) days in which to either file a complete motion to proceed *in forma pauperis* or pay the $400 filing fee.

The April 10 order was returned as undeliverable with a notation that the mail could not be forwarded. ECF Doc. 6. Based on Plaintiff's failure to provide the Court with an accurate mailing address and the Court's inability to contact Plaintiff, the issuance of any further orders would be futile.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE.

2. That the clerk close the file.

At Pensacola, Florida, this 7th day of May, 2019.

> */s/ Hope Thai Cannon*
> **HOPE THAI CANNON**
> **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> A copy of objections shall be served upon the Magistrate Judge and all other parties. A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.